### BUTLER v. STATE.
### No. 18128.

Court of Criminal Appeals of Texas.

March 25, 1936.

Rehearing Denied April 22, 1936.

R. G. Allen, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is aggravated assault; penalty assessed at confinement in the county jail for six months.

The complaint and information appear regular and properly presented. The record is before us without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.

### TEEL v. STATE.
### No. 18271.

Court of Criminal Appeals of Texas.

April 15, 1936.

Hartwell & Ryan, of Greenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft of hogs; punishment, two years in the penitentiary.

We find with this record an affidavit, duly sworn to by appellant, asking that the appeal herein be dismissed. The request is granted. The appeal is dismissed.